## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ANTHONY EUGENE WALKER**                                                          **PLAINTIFF**

**V.**                                          **CASE NO. 5:24-CV-5021**

**DEPUTY SHERIFF BRITTANY WRIGHT;**
**DEPUTY OGDEN; DEPUTY WARE;**
**MIKE WRIGHT; and DEPUTY MEANOR**                                **DEFENDANTS**

## <u>ORDER</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 14) filed in this case on April 18, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute this case and failure to obey the Orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 8th day of May, 2024.


                                        _/s/ Timothy L. Brooks_____
                                        TIMOTHY L. BROOKS
                                        UNITED STATES DISTRICT JUDGE